UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL FLORES, | 1:04-cv-05723-OWW-DLB-P |
|       Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 22) |
| vs. | **ORDER GRANTING MOTIONS TO DISMISS** (Docs. 14 & 16) |
| JAMES YATES, et al., | |
|       Defendants. | **ORDER DISMISSING ENTIRE ACTION** |

Plaintiff, Miguel Flores ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 30, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 30, 2007, are ADOPTED IN FULL;

2. Defendants' motions to dismiss for failure to exhaust, filed March 27, 2007 and July 18, 2007, are GRANTED; and,

3. This action is DISMISSED in its entirety, without prejudice, for plaintiff's failure to exhaust.

IT IS SO ORDERED.

**Dated:   December 27, 2007**            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE